THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Kelsey,* 110 App. Div. 923, affirmed.

(Submitted January 9, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 5, 1905, which affirmed a determination of the defendant assessing a franchise tax against the relator for the year ending October 31, 1904.

*Thomas Emery* and *Ira A. Place* for appellant.

*Julius M. Mayer, Attorney-General (Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.